UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Leroy L. Simien                                                  Civil Action No. 06-1025
                                                                 Section P
versus
                                                                 Judge Tucker L. Melançon
Washington Police Dept., et al.
                                                                 Magistrate Judge Mildred E. Methvin

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. For the reasons contained in the Report and Recommendation filed previously herein, after an independent review of the record, the Court concurring with the Magistrate Judge's findings under the applicable law, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B).

Thus done and signed this 16th day of April, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE